RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
MARY HOLLAND, ESQ.
(Subject to *pro hac vice* admission)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
mary.holland@childrenshealthdefense.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),<br><br>Defendants. | Case No: 2:22-cv-02147-DAD-AC<br><br>**DECLARATION OF JAMIE COKER-ROBERTSON IN SUPPORT PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: January 17, 2023<br>Time: 1:30 PM<br>Courtroom: 5, 14th floor (via Zoom)<br>Judge: Hon. Dale A. Drozd<br><br>Action Commenced: December 1, 2022 |

**1.** I, Jamie Coker-Robertson, am the mother of a 14-year-old child (SS). I am making this declaration from my personal experience. SS has been a patient of Dr. Hoang her whole life, since birth. SS is healthy and unvaccinated for Covid-19.

**2.** SS has a routine medical appointment with Dr. Hoang in February 2023, where I know we'll discuss Covid-19 and vaccination because of the pandemic. I will be present during the appointment, and I have lots of questions for Dr. Hoang, some of which are detailed because I want to get her honest opinion on scientific developments, such as risk of myocarditis.

**3.** Dr. Hoang advised us that she is a plaintiff in this case, and that she has a plan to provide our family with independent advice and treatment from her integrative medicine perspective, but also she will let us know conventional information from the CDC.

**4.** In preparation for the appointment, Dr. Hoang shared with me two declarations in support of a motion for preliminary injunction in this case: her own declaration and the declaration of Sanjay Verma, MD.

**5.** I want to be assured that my daughter's appointment in February (and any future appointment) is free from undue influence by the osteopathic medical board. As long as AB2098 is a law in California, I will never be able to trust that my physician patient relationship is truly sacrosanct. I feel violated by AB2098.

**6.** AB2098 forces me into a predicament regardless of the outcome of our appointment, meaning that in February either (1) Dr. Hoang will violate AB2098 by providing me candid information outside "contemporary scientific consensus" exactly like the preliminary injunction declarations say will happen, or (2) Dr. Hoang will self-censor herself to my family's detriment.

**7.** But as long as AB2098 is the law, how am I *really* supposed to know there is no self-censorship? AB2098 is an outrageous intrusion to our doctor-patient relationship.

**8.** I have asked Dr. Hoang to file this declaration in court in the hopes that AB2098 can be enjoined before I'm forced into this predicament at our next doctor appointment. I declare under penalty of perjury that the above information is true and correct.

1 | Signed on December 2, 2022, at Fountain Valley, California.

2 | _____
Jamie Coker-Robertson