RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
MARY HOLLAND, ESQ.
(Subject to *pro hac vice* admission)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
mary.holland@childrenshealthdefense.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE TRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),<br><br>Defendants. | Case No: 2:22-cv-02147-DAD-AC<br><br>**DECLARATION OF SHIRA MILLER, M.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: January 17, 2023<br>Time: 1:30 PM<br>Courtroom: 5, 14th floor (via Zoom)<br>Judge: Hon: Dale A. Drozd<br><br>Action Commenced: December 1, 2022 |

SHIRA MILLER, M.D. declares as follows:

1. I am over the age of 18, and I have personal knowledge of the facts set forth herein. I am the Founder and President of Physicians for Informed Consent ("PIC") which is a

Plaintiff in this case. I submit this declaration under penalty of perjury in support of our motion for a preliminary injunction. If called to testify, I would truthfully testify as follows:

**2.** First, I have reviewed the factual allegations in the Complaint concerning PIC, and I can attest that the information is true and correct.

**3.** PIC is a 501(c)(3) nonprofit educational organization whose mission is, among other things, to deliver data on infectious diseases and vaccines, and unite doctors, scientists, healthcare professionals, attorneys, and families who support voluntary vaccination. The vision of PIC is that doctors and the public are able to evaluate the data on infectious diseases and vaccines objectively, and voluntarily engage in informed decision-making about vaccination.

**4.** PIC produces educational materials on infectious diseases and vaccines, with a focus on science and statistics. During the pandemic, PIC has produced COVID-19 Disease Information Statements (DIS) and COVID-19 Vaccine Risk Statements (VRS) and public service announcements, which contain data collated from peer-reviewed published medical literature from the U.S. and around the world but may or may not be contrary to the "contemporary scientific consensus" in California at a particular moment. It is not clear if under AB 2098 it will be illegal for physicians in California to distribute PIC's educational documents regarding COVID-19 to their patients.

**5.** Assembly Bill 2098, due to its lack of clarity and censorship of physician speech, has alienated and outraged physicians in our group and already some PIC physicians have moved out of state, or are thinking about moving out of state if the law goes into effect.

**6.** As president of PIC, I am privy to both confidential and public communications to the organization from the general public, from inquiries through our website and social media to inquiries at our events. I am also privy to communications with our physicians, both individually and in our confidential and private web forum. There is no question in my mind based on these conversations that AB 2098 will cause a chilling effect on some physicians, while other physicians will continue to educate their patients and express their medical opinion—even if they have to move and obtain a medical license in another state. Additionally, PIC has received threats that its doctors will lose their medical licenses

unless we remove our COVID-19 educational documents from the PIC website, as it is presumed that our doctors will be discussing the documents with their patients. Although the names of nearly all of our physician members are confidential, information about our leadership and founding members is public.

**7.** For the Court's information, as far as I know, there is no such thing as a Covid treatment which consists solely of a physician's speech.

**8.** Notably, there is an inadvertent conflation in paragraph 73 of the Complaint that I would like to clarify. The risk to young males of a cardiac adverse event due to mRNA vaccination (such as the Pfizer vaccine) is different than the risk to young females of a clotting adverse event due to the adenovirus vector vaccine by Janssen (Johnson & Johnson). As the CDC stated: "On April 13, 2021, CDC and FDA recommended a pause in the use of Janssen COVID-19 vaccine after reports of thrombosis with thrombocytopenia syndrome (TTS), a rare condition characterized by low platelets and thrombosis, including at unusual sites such as the cerebral venous sinus (cerebral venous sinus thrombosis [CVST]), after receipt of the vaccine.* ACIP rapidly convened two emergency meetings to review reported cases of TTS, and 10 days after the pause commenced, ACIP reaffirmed its interim recommendation for use of the Janssen COVID-19 vaccine in persons aged ≥18 years, but included a warning regarding rare clotting events after vaccination, primarily among women aged 18–49 years (3)." https://www.cdc.gov/mmwr/volumes/71/wr/mm7103a4.htm. See also the declaration of Sanjay Verma, M.D., page 7, section III ("The Safety of COVID-19 Vaccines"), in support of preliminary injunction.

December 6, 2022

_____
Shira Miller, M.D.

3
DECLARATION OF SHIRA MILLER, M.D.