RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
MARY HOLLAND, ESQ.
(Subject to *pro hac vice* admission)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
mary.holland@childrenshealthdefense.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and,<br>ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),<br><br>Defendants. | **Case No: 2:22-cv-02147-DAD-AC**<br><br>[proposed] ORDER GRANTING PRELIMINARY INJUNCTION |

Plaintiffs' Motion for Preliminary Injunction came for hearing before the Court on January 17, 2022. Having given full consideration to Plaintiffs' papers, evidence, relevant authorities, and Defendants' responses thereto, as well as the oral presentations of counsel; for good cause appearing and in accordance with Fed. R. Civ. P. 65(b), the Court finds that Plaintiffs have demonstrated they are likely to succeed on the merits, likely to suffer irreparable harm in the absence of preliminary relief,

that the balance of equities tips in Plaintiffs' favor, and that an injunction is in the public interest. *See Winter v. Natural Res. Def. Council,* 555 U.S. 7, 20 (2008).

The Court makes the following findings:

1. Substantial and irreparable injuries to Plaintiffs' constitutional speech rights are occurring and will continue to occur in the absence of immediate injunctive relief.
2. Plaintiff has no adequate remedy of law.
3. An injunction serves the public interest by upholding the Constitution. Denial of preliminary relief would allow continued injury to Plaintiffs. Granting of preliminary relief causes no injury to Defendants.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**. Defendants Attorney General Rob Bonta, and Erika Calderon, Executive Officer of the Osteopathic Medical Board of California, and all employees who report directly or indirectly to the Defendants, or act in concert with them are hereby preliminarily restrained and enjoined, pending a final determination on the merits, from commencing or continuing any investigation of California licensed osteopathic physicians on the grounds that such physicians have or might have violated Bus. & Prof. Code Section 2270.

**IT IS FURTHER ORDERED THAT** Defendant Erika Calderon cause to be posted on OMBC's web site that enforcement of Bus. & Prof. Code Section 2270 is being stayed pending the final disposition of this action; and,

**IT IS FURTHER ORDERED THAT** Defendant Erika Calderon cause a notice to be sent to all physicians who are currently under investigation for "misinformation" relating to COVID-19 that such investigations are abated pending the final disposition of this case.

The Court finds that no bond is necessary in this case because Defendants' compliance with the preliminary injunction would create no risk of monetary loss.

IT IS SO ORDERED

_____
Dale A. Drozd
United States District Judge