RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
MARY HOLLAND, ESQ.
(Subject to *pro hac vice* admission)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
mary.holland@childrenshealthdefense.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Non-Profit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and,<br>ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),<br><br>Defendants. | **Case No: 2:22-cv-02147-DAD-AC**<br><br>**CERTIFICATE OF RETURN OF SERVICE** |

Attached hereto is the process server's Certificates of Service which served on the

Defendants, the Summons, Complaint, initial Court documents, Plaintiffs Motion for

1  **CERTIFICATE OF RETURN OF SERVICE**

Preliminary Injunction, supporting declarations, proposed order, and the Notice of Related Case.

Dated: December 8, 2022

Respectfully submitted,

RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
MARY HOLLAND, ESQ.
(Subject to *pro hac vice* admission)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
mary.holland@childrenshealthdefense.org

Attorneys for Plaintiffs

2    **CERTIFICATE OF RETURN OF SERVICE**

Case 2:22-cv-02147-DAD-AC   Document 2   Filed 12/05/22   Page 2 of 2

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 12/6/2022 9:48 am |
| NAME OF SERVER (PRINT) Perdea Rich | TITLE RPS # 2010-103 Sacramento County |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): B. Silkwood, Sheriff  Officer at front desk, received
1300 I Street Sacramento, CA 95814
Rob Bonta Attorney General, Office of the Attorney General of California

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ✗ | $100.00 | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/6/2022
              Date

Signature of Server
Sacserves.com 915 L Street C-371
Sacramento, CA 95814 916-710-6070
Address of Server

ORIGINAL
DOCUMENT
Blue Signature

Case 2:22-cv-02147-DAD-AC    Document 2    Filed 12/05/22    Page 2 of 2

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | 12/6/2022 9:48 am | |
| NAME OF SERVER (PRINT) Perdea Rich | TITLE RPS # 2010-103 Sacramento County | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) : B. Silkwood, Sheriff Officer at front desk, received 1300 I Street Sacramento, CA 95814
Erika Calderon, Executive Officer of the Osteopathic Medical Board of California

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| X | $55.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/6/2022
             Date

*Signature of Server* P. Rich

Sacserves.com 915 L Street C-371
Sacramento, CA 95814 916-710-6070
*Address of Server*

**ORIGINAL DOCUMENT Blue Signature**