1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA
   EDWARD KIM
3  Supervising Deputy Attorneys General
   CHRISTINA SEIN GOOT, State Bar No. 229094
4  KRISTIN A. LISKA, State Bar No. 315994
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-3916
     Fax:  (415) 703-5480
7    E-mail:  Kristin.Liska@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**<br><br>Defendants. | Case No. 2:22-cv-02147-WBS-AC<br><br>**NOTICE OF APPEARANCE OF KRISTIN A. LISKA ON BEHALF OF DEFENDANTS**<br><br>Dept:           5<br>Judge:         Honorable William B. Shubb<br>Action Filed: December 1, 2022 |

**TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFFS:**

**PLEASE TAKE NOTICE** that Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Erika Calderon, in her official capacity as Executive Director of the Osteopathic Medical Board of the State of California ("Defendants"), hereby file this Notice of Appearance to inform the Court that Deputy Attorney General Kristin A. Liska is the counsel of record assigned to represent Defendants in this action.  Ms. Liska is a member of the State Bar of California and is admitted to practice in the United States District Court for the Eastern District of California.  Ms. Liska's contact information is as follows:

> Kristin A. Liska, State Bar No. 315994
> Deputy Attorney General
> Office of the California Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA  94102-7004
> Telephone:  (415) 510-3916
> Fax:  (415) 703-5480
> E-mail:  Kristin.Liska@doj.ca.gov

Dated:  December 20, 2022                              Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
EDWARD KIM
Supervising Deputy Attorneys General
CHRISTINA SEIN GOOT
Deputy Attorney General


 */s/ Kristin Liska*
KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name:  *Letrinh Hoang, D.O., Physicians for Informed Consent, et al. v. Rob Bonta, et al.*

Case No.  **2:22-cv-02147-WBS-AC**

I hereby certify that on December 20, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF KRISTIN A. LISKA ON BEHALF OF DEFENDANTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on December 20, 2022, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |