IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**<br><br>Defendants. | Case No. 2:22-cv-02147-WBS-AC<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' stipulation, it is HEREBY ORDERED THAT:

1. Defendants' responses to the complaint will be due 30 days after the Court issues its ruling on the pending motion for a preliminary injunction [ECF No. 4];

2. Defendants' opposition to the motion for a preliminary injunction shall be due December 27, 2022;

3. Any reply brief supporting the motion shall be due January 9, 2023.


Dated: _____                                          _____
                                                          The Honorable William B. Shubb