

United States District Court
Eastern District of California

| Hoang, Letrinh | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 2:22-cv-02147-WBS-AC |

V.

| Bonta, Rob | |
|---|---|
| Defendant(s) | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Robert F. Kennedy, Jr.,__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: __LeTrinh Hoang, Physicians for Informed Consent, and Children's Health Defense, CA Chapter__

On _____05/28/1985_____ (date), I was admitted to practice and presently in good standing in the _____State of New York_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
(None)

Date: _____12/22/2022_____     Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Robert F. Kennedy, Jr.,
Law Firm Name: Kennedy and Madonna, LLP
Address: 48 Dewitt Mills Rd

City: Hurley   State: NY   Zip: 12443
Phone Number w/Area Code: (845) 481-2622
City and State of Residence: Bedford Village, NY
Primary E-mail Address: rfk.assistant@childrenshealthdefense.org
Secondary E-mail Address: (none)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Richard Jaffe
Law Firm Name:
Address: 428 J Street, 4th Floor

City: Sacramento   State: CA   Zip: 95814
Phone Number w/Area Code: (916) 492-6038   Bar # 289362

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Robert F. Kennedy, Jr

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 28, 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on November 17, 2022.

*Susanna M. Rojas*
Clerk of the Court

CertID-00093047



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
MARY HOLLAND, ESQ.
(Subject to *pro hac vice* admission)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
mary.holland@childrenshealthdefense.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and<br>ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC")<br><br>Defendants. | **Case No: 2:22-cv-02147-WBS-AC**<br><br>**DECLARATION OF E SERVICE**<br><br>**Date:** January 23, 2023<br>**Time:** 1:30 PM<br>**Courtroom:** 5, 14th floor<br>**Judge:** Hon: William B. Shubb<br><br>Action Commenced: December 1, 2022 |

I, Richard Jaffe affirm as follows:

1. I am an attorney at law admitted to practice in this court. I am not a party to this action and am over the age of 18. I am counsel of record for the Plaintiffs in this case. I submit this Certificate of Service under penalties of perjury.

2. This Application for Pro Hac Vice admission of Robert Kennedy Jr. was E filed on December 22, 2022. Defendants' Attorney, Kristin Lipska was notified via E service of the application.

_____  
Richard Jaffe, Esq.