ROB BONTA
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
EDWARD KIM, State Bar No. 195729
Supervising Deputy Attorneys General
CHRISTINA SEIN GOOT, State Bar No. 229094
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3916
 Fax:  (415) 703-5480
 E-mail:  Kristin.Liska@doj.ca.gov
           Christina.Goot@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California and, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**<br><br>Defendants. | Case No. 2:22-cv-02147-WBS-AC<br><br>**DECLARATION OF ANGELA LIM, D.O. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:          Honorable William B. Shubb<br>Action Filed:  December 1, 2022 |

I Angela Lim, D.O., declare:

1. I am a licensed California physician specializing in Osteopathic Manipulative Medicine and Family Medicine.  I received my medical degree from the Michigan State University College of Osteopathic Medicine in 2006 and completed a dual internship and residency in Family Medicine and Neuromusculoskeletal Medicine in 2010.  I was issued my Osteopathic Physician's and Surgeon's Certificate by the Osteopathic Medical Board of

1

1  California (Board) in 2010.  I have been board certified by the American Osteopathic Board of
2  Neuromusculoskeletal and Osteopathic Manipulative Medicine since 2012. I have also been
3  board certified by the American Osteopathic Board of Family Medicine since 2010. I have
4  reviewed cases of professional misconduct for the Board since November 2020, and I have served
5  as the acting consultant for the Board since November 2020.  A true and correct copy of my
6  Curriculum Vitae is attached to this Declaration as Exhibit 1.

7       2.     Based on my education, training, and experience, I am very familiar with the laws
8  and professional standards of medicine in California.  California's medical licensing system holds
9  licensees to the standard of care with respect to their care and treatment of patients.  Practicing
10 physicians know and understand what is meant by the phrase "standard of care," which is
11 designed, in part, to protect patients from the risk of harm.

12      3.     A physician treating a patient for a particular condition is expected to know what the
13 current standard of care requires for that condition and any treatment offered or provided for it.
14 The standard of care is continually evolving as new research and studies are published, and some
15 fields of medicine change at a much faster pace than others.  Physicians have a professional
16 responsibility to complete continuing medical education to keep current with the evolving
17 standards of care.  There are a wide variety of resources devoted to providing physicians with
18 updates on the evolving standard of care for the fields in which they practice.  These include
19 bulletins and guidelines issued by medical practice associations and the Board, as well as
20 published periodicals and online evidence-based clinical subscription services, such as the often-
21 cited "UpToDate."  While the standard of care evolves, and often quickly, a physician is
22 responsible for applying the current standard of care in their community.  It is a violation of the
23 standard of care to provide medical advice or treatment that is not yet proven or established based
24 on personal beliefs or opinions about what may become the standard of care in the future.   A
25 medical practitioner is negligent if they fail to meet the current standard of care in the care and
26 treatment of patients.

27      4.     "Negligence" is defined as a "simple departure" from the current standard of care.
28 "Gross negligence" is defined as an extreme departure from the standard of care.

5. A physician whose conduct falls below the standard of care can be subject to liability for civil malpractice and/or disciplinary proceedings before the Board under various statutes for unprofessional conduct, including, but not limited to, gross and repeated negligence, and incompetence.

6. Physicians have a duty to provide complete and accurate information to their patients so that they can make informed decisions about their healthcare. Truthful and open communication with patients is a central tenant of the medical standard of care. The information and recommendations provided by an osteopathic physician are relied on by patients to make well-considered decisions about care. Misinformation provided by a physician during medical care and treatment presents a danger of harm to a patient, because it can lead the patient to decline or be unaware of beneficial care and treatment, or to seek treatments that provide no benefit. Because COVID-19 is a potentially fatal disease, and effective preventative measures and therapeutic treatments exist, the risks posed by misinformation in that context are particularly acute.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of December, 2022, at Sacramento, California.

*Angela Lim DO*   12/20/2022

ANGELA LIM, D.O.
Declarant

**Exhibit 1**

**Angela Lim, D.O. Curriculum Vitae**

# Angela Lim DO

1535 River Park Drive, Suite 2000
Sacramento, CA 95815

DrAngela06@gmail.com
Cell phone: (734) 377-1749

## Education

*Residency: Family Medicine/Neuromusculoskeletal Medicine*
7/2007 – 6/2010     Metro Health Hospital                              Grand Rapids, MI

*Internship*
7/2006 – 6/2007     Metro Health Hospital                              Grand Rapids, MI

*Doctor of Osteopathic Medicine*
8/2002 – 5/2006     Michigan State University College of              East Lansing, MI
                    Osteopathic Medicine (MSUCOM)

*Bachelor of Biomedical Sciences*
1997 – 2001         Western Michigan University (WMU)                 Kalamazoo, MI

## Work Experience

9/2021 – present    UC Davis Department of Integrative                 Sacramento, CA
                    Medicine, Associate Physician Part Time
                    ★ OMM only

1/2021 – 5/2022     OMM Department Adjunct Faculty                     Vallejo, CA
                    Touro University College of Osteopathic
                    Medicine
                    ★ On Campus teaching 1st and 2nd
                      year medical students OMM skills

11/2020 – present   Medical Consultant/Expert Reviewer OMBC            Sacramento, CA
9/2010 – 10/2020    NorthBay Healthcare                                Vacaville, CA
                    ★ NMM/OMM physician

5/2001 – 6/2002     Ypsilanti Family Practice,                         Ypsilanti, MI
                    University of Michigan Health System
                    ★ Medical Assistant

## Medical License and Certifications

9/2021              Fascial Distortion Model Certified Instructor
3/2018              Fascial Distortion Model International Certificate
7/2010 – present    Osteopathic Medical Board of California
1/2012 (current)    AOBNMM Board Certified Neuromusculoskeletal
                    Medicine/Osteopathic Manipulative Medicine
11/2010 (current)   AOBFP Board Certified Family Medicine
2010 – present      DEA available upon request

## Teaching Experience

12/2017 – Present   FDM Academy
                    ★ Table train and lecture on Fascial Distortion Model
                    ★ Full list of modules taught available upon request

5/2011 – 10/2020    Adjunct Faculty Touro University College of Osteopathic Medicine
                    ★ Teaching 3rd and 4th year medical students on rotation
                    ★ OMM lecture series throughout the academic year

| | |
|---|---|
| May 2019 | NorthBay TBI & Concussion Symposium, expert panelist |
| March 2019 | SAAO Convocation FDM lecture & workshops |
| May 2018 | NorthBay Spine Symposium, expert panelist |
| 9/2018 | Lecture & Workshop 29th Annual Fall Conference for Osteopathic Physicians and Surgeons of California (OPSC) |
| | ★ The Fascial Distortion Model: A Different Approach to Fascia |
| 2/2016 | Lecture & Workshop 55th Annual Convention for OPSC |
| | ★ Your Healing Hands: OMM to Benefit the Pregnant Woman and Newborn |
| 7/2011 | Public lecture for NorthBay Women's Day |
| | ★ A Healing Touch |
| 4/2011 | Public lecture for NorthBay lecture series |
| | ★ Hands On Care for Sports Injuries |
| 2006 – 2010 | Teaching medical students and other residents OMM skills through lectures, workshops, and one on one |

## Leadership

| | |
|---|---|
| 3/2022 - Present | American Academy of Osteopathy Board of Governors |
| 3/2021 – Present | AFDMA President |
| 2/2020 | Expert Reviewer Training Medical Board of California |
| 2/2020 – 3/2020 | Medical Advisory Board Member - HealthSpring Fitness |
| 3/2019 – 3/2021 | AFDMA President Elect |
| 2018 – 2019 | AFDMA Director at Large |
| 2018 – 2020 | Peer Review Committee, NorthBay Healthcare |
| 2016 – 2020 | Quality Committee, NorthBay Healthcare |
| 6/2009 – 6/2010 | Family Medicine/NMM Chief Resident |
| 7/2003 – 7/2004 | MSUCOM Student Council Secretary |
| 7/2003 – 7/2004 | American Holistic Medical Association Co-President |

## Volunteering

| | |
|---|---|
| 2009 – 2010 | Established and staffed OMM Teaching Clinic for students and residents |
| 10/18/2009 | Medical Staff Volunteer Grand Rapids Marathon |
| 9/12/2009 | Medical Staff Volunteer Reed's Lake Triathlon |
| 7/25/2009 | Medical Staff Volunteer Tri Del Sol (Triathlon) |
| 6/27/2009 | Medical Staff Volunteer Reed's Lake Run |
| 9/6/2008 | Medical Staff Volunteer Reed's Lake Triathlon |
| 6/28/2008 | Medical Staff Volunteer Reed's Lake Run |
| 10/28/2007 | Medical Staff Volunteer Grand Rapids Marathon |
| 9/8/2007 | Medical Staff Volunteer Reed's Lake Triathlon |
| 2003 – 2004 | OMM Student Clinic |
| 2003 – 2004 | PATCH Program: Helping to teach grade-schoolers the value of a balanced diet and exercise |
| 4/15/04 | D.O. Day on the Hill |
| 2/18/04 | Legislative Health Fair: Performed health screens for Michigan legislators and other Capitol Building workers |
| 11/2003 | Volunteer to teach and assist 6th graders dissecting hearts |
| Fall 2003 | MSUCOM Anatomy Tutor |
| Summer 2003 | Friendship Clinic: Medical volunteer for low income patients |
| Summer 2003 | Cristo Rey Migrant Clinic: Medical volunteer for mobile clinic serving migrant workers |

| | |
|---|---|
| Summer 2003 | OsteoChamps: Mentor and role-model for high school students interested in the medical field |
| Summer 2003 | AOA Accreditation Site Visit to MSUCOM: Represented MSUCOM student body to the AOA accreditation committee |
| July 2003 | Heads Up for Safety: Fitting and distributing helmets to children and teaching the importance of helmet use |

## Professional Memberships

American Fascial Distortion Model Association (AFDMA)
American Academy of Osteopathy (AAO)
American College of Osteopathic Family Physicians (ACOFP)
American Osteopathic Association (AOA)