UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LETRINH HOANG, et al., | No. 2:22-cv-02147 WBS AC |
| Plaintiffs, | |
| v. | ORDER |
| ROB BONTA et al., | |
| Defendants. | |

----oo0oo----

The court previously related this case with Høeg, et al., v. Newsom, Case No. 2:22-cv-01980. (Docket No. 9.) Motions for preliminary injunction in both cases are set for oral argument on January 23, 2023. In light of the fact that the same counsel represents the defendants in both cases, the court requests clarification from defendants concerning the issue of standing, which defense counsel addressed in the briefing in Høeg but not in this matter.

Defendants shall file supplemental briefing no later than January 13, 2023 at 12:00 pm, which (1) shall inform the

1

court of whether defendants concede or contest that plaintiffs Letrinh Hoang, Physicians for Informed Consent, and Children's Health Defense have standing; and (2) if defendants contest Children's Health Defense's standing, shall provide argument and authorities only on that issue.  Plaintiffs may file responsive supplemental briefing no later than January 19, 2023 at 12:00 pm. Oral argument shall remain scheduled for January 23, 2023.

        IT IS SO ORDERED.

Dated:   January 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE