UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O.; PHYSICIANS FOR INFORMED CONSENT, *a non-for-profit organization*; and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, *a California Nonprofit Corporation*,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, *in his official capacity as Attorney General of California*; and ERIKA CALDERON, *in her official capacity as Executive Officer of the Osteopathic Medical Board of California*,<br><br>Defendants. | Case No. 2:22-cv-02147-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA AND AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. William B. Shubb<br>Date: January 23, 2023<br>Time: 1:30 P.M.<br>Courtroom: 5 |

The Court, having considered the Application of the American Civil Liberties Union of Northern California and the American Civil Liberties Union of Southern California, for Leave to File an *Amici Curiae* Brief and related documents, and good cause appearing therefor, it is hereby Ordered that the application is GRANTED and the *Amici Curiae* Brief is deemed filed.

Dated: _____

_____
The Honorable William B. Shubb
U.S. District Court Judge