RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
(Admitted *pro hac vice*)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC")<br><br>Defendants. | **Case No: 2:22-cv-02147-WBS-AC**<br><br>**PLAINTIFFS' RESPONSE TO THE ACLU'S MOTION TO FILE AN AMICUS BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:** January 23, 2023<br>**Time:** 1:30 PM<br>**Courtroom:** 5, 14th floor<br>**Judge:** Hon: William B. Shubb<br><br>Action Commenced: December 1, 2022 |

Pending before this Court is the motion of the ACLU of Northern and Southern California for permission to submit an amicus brief in Support of Plaintiffs' Motion for a Preliminary Injunction. (Dkt. No. 21). Plaintiffs do not oppose the ACLU's motion.

Dated: January 11, 2023

Respectfully submitted,

*[signature: Richard Jaffe]*

RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
(Admitted *pro hac vice*)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
Attorneys for Plaintiffs

## CERTIFICATE OF E SERVICE

I, Richard Jaffe affirm as follows:

1. I am an attorney at law admitted to practice in this court. I am not a party to this action and am over the age of 18. I am counsel of record for the Plaintiffs in this case. I submit this Certificate of Service under penalties of perjury.

2. This Response was E served on Defendants' counsel Kristin Liska when it was filed, and should be E served on ACLU's counsel as well, but to make sure service was received, I also emailed a copy of this response to ACLU's lead counsel as indicated in the papers and on the brief.

*[signature: Richard Jaffe]*

Richard Jaffe, Esq.

Plaintiffs' Response to ACLU's Motion to File an Amicus Brief

1  Reply In Support of Preliminary Injunction