UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, et al., | No. 2:22-cv-02147 WBS AC |
| Plaintiffs, | |
| v. | ORDER |
| ROB BONTA, et al., | |
| Defendants. | |

----oo0oo----

American Civil Liberties Union of Northern California and American Civil Liberties Union of Southern California's motion for leave to file an amicus curiae brief in support of plaintiffs' motion for preliminary junction (Docket No. 21) is GRANTED.[1]  Oral argument on the motion for preliminary junction will remain scheduled for January 23, 2023.

Dated: January 11, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the above-named organizations do not request to participate in oral argument, and no such leave is granted by this Order.

1