ROB BONTA
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
EDWARD KIM, State Bar No. 195729
Supervising Deputy Attorney General
CHRISTINA SEIN GOOT, State Bar No. 229094
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3916
  Fax:  (415) 703-5480
  E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**<br><br>Defendants. | Case No. 2:22-cv-02147-WBS-AC<br><br>**SUPPLEMENTAL BRIEF IN RESPONSE TO COURT'S ORDER**<br><br>Date:         January 23, 2023<br>Time:        1:30 p.m.<br>Dept:         5<br>Judge:       Honorable William B. Shubb<br>Trial Date: Not scheduled<br>Action Filed: 12/01/2022 |

Defendants submit this supplemental brief in response to the Court's January 9, 2023 Order requesting clarification on whether defendants challenge plaintiffs' standing. Due to the nature and timing of the pending preliminary injunction motion, defendants have not challenged plaintiffs' standing at this time. Defendants do not concede that any particular plaintiff has standing at this initial stage of the case, however, and reserve the right to challenge the standing of specific plaintiffs in later filings, including in any responsive pleading, in light of the record at that time.

Dated: January 13, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
EDWARD KIM
Supervising Deputy Attorney General
CHRISTINA SEIN GOOT
Deputy Attorney General


 */s/ Kristin Liska*
KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name:    *Hoang, et al. v. Bonta, et al.*
Case No.      **2:22-cv-02147-WBS-AC**

I hereby certify that on January 13, 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**SUPPLEMENTAL BRIEF IN RESPONSE TO COURT'S ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on January 13, 2023, at San Francisco, California.

    Vanessa Jordan                      *Vanessa Jordan*
       Declarant                             Signature