| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANYA M. BINSACCA, State Bar No. 189613<br>EDWARD KIM, State Bar No. 195729 |
| 3 | Supervising Deputy Attorneys General<br>MEGAN R. O'CARROLL, State Bar No. 215479 |
| 4 | KRISTIN A. LISKA, State Bar No. 315994<br>Deputy Attorneys General |
| 5 |   455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004 |
| 6 |   Telephone:  (415) 510-3916<br>  Fax:  (415) 703-5480 |
| 7 |   E-mail:  Kristin.Liska@doj.ca.gov<br>               Megan.Ocarroll@doj.ca.gov |
| 8 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**<br><br>Defendants. | 2:22-cv-02147<br><br><br><br>**NOTICE OF APPEARANCE OF COUNSEL MEGAN R. O'CARROLL** |

**TO THE COURT AND ALL PARTIES:**

Please take notice that Megan R. O'Carroll, of the California Attorney General's Office hereby enters an appearance on behalf of Defendants in the above entitled action.  Other members

1

of the California Attorney General's Office have already entered an appearance, and Deputy Attorney General Kristin Liska remains the primary attorney of record designated for service in this matter.

Dated: January 20, 2023    Respectfully submitted,

ROB BONTA
Attorney General of California
EDWARD K. KIM
Supervising Deputy Attorney General

*/s/ Megan R. O'Carroll*

MEGAN R. O'CARROLL
Deputy Attorney General
*Attorneys for Defendant*
*Osteopathic Medical Board of California*

LA2022604122

# CERTIFICATE OF SERVICE

| Case Name: | **Hoang, et al. v. Bonta** | Case No. | **2:22-cv-02147** |
|---|---|---|---|

I hereby certify that on <u>January 20, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF COUNSEL MEGAN O'CARROLL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 20, 2023</u>, at Los Angeles, California.

|  |  |
|---|---|
| Diana Montufar | *Diana Montufar* |
| Declarant | Signature |

LA2022604122
65691823.docx