| CAED 435 (Rev. 03/15) | United States District Court for the Eastern District of California | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| | **TRANSCRIPT ORDER** | | | DUE DATE: |

PLEASE Read Instruction Page (attached):

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| RICHARD JAFFE | RICK.JAFFE.SQUIRE @GMAIL.COM | 713-857-8096 | 1/25/23 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 428 J STREET 4th FLOOR | SACRAMENTO | CA | 95814 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | WILLIAM B. SCHUBB | 11. FROM  1/23 | 12. TO |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | | |
|---|---|---|---|
| 2:22-cv-02147-WBS | 14. CITY  SACRAMENTO | 15. STATE  CA | |

16. ORDER FOR
- [ ] APPEAL No. _____
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | 1/23 | MARYANN VALONOTI |
| [ ] JURY SELECTION | | | PRELIMINARY INJUNCTION MOTION | | |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES  1 | 68 x 5.45 | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

| 19. SIGNATURE  /s/ Richard Jaffe | ESTIMATE TOTAL |
|---|---|
| 20. DATE  1/25/23 | PROCESSED BY |
| TRANSCRIPT TO BE PREPARED BY | PHONE NUMBER |
| | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |