| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANYA M. BINSACCA, State Bar No. 189613<br>EDWARD KIM, State Bar No. 195729 |
| 3 | Supervising Deputy Attorneys General<br>CHRISTINA SEIN GOOT, State Bar No. 229094 |
| 4 | KRISTIN A. LISKA, State Bar No. 315994<br>Deputy Attorneys General |
| 5 |   455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004 |
| 6 |   Telephone:  (415) 510-3916<br>  Fax:  (415) 703-5480 |
| 7 |   E-mail:  Kristin.Liska@doj.ca.gov<br>          Christina.Goot@doj.ca.gov |
| 8 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT**, a not-for profit organization, and **CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER**, a California Nonprofit Corporation,<br><br>                      Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**<br><br>                      Defendants. | 2:22-cv-02147-WBS-AC<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Dept:        5<br>Judge:      Hon. William B. Shubb<br>Trial Date:  Not Scheduled<br>Action Filed:  12/01/2022 |

# STIPULATION

This stipulation is entered into by and among Plaintiffs and Defendants, by and through their representative counsel:

WHEREAS,

1. Plaintiffs filed this action on December 1, 2022;

2. On December 8, 2022, this matter was related to *Hoeg v. Newsom*, No. 22-cv-1980 [ECF No. 9];

3. Plaintiffs filed a motion for a preliminary injunction, which was heard on January 23, 2023;

4. On January 25, 2023, the Court issued an Order granting Plaintiffs' motion for a preliminary injunction [ECF. No. 30];

5. Per Stipulation and Order, Defendants' responses to the Complaint are currently due on February 24, 2023;

6. Pending before the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") are the consolidated appeals of *McDonald, et al. v. Lawson, et al.*, Appeal No. 22-56220, and *Couris, et al. v. Lawson, et al.*, Appeal No. 23-55069, (the "Consolidated Appeals"), which involve similar constitutional challenges to the same California statute, AB 2098, by plaintiff-physicians;

7. In the Consolidated Appeals, the Ninth Circuit issued a briefing schedule as follows: opening briefs due February 2, 2023, the consolidated answering brief due March 2, 2023, and the optional reply briefs due within 21 days after service of the consolidated answering brief;

8. The parties agree that good cause is established for a second extension of time for Defendants to respond to the Complaint because the parties believe that first obtaining an opinion from the Ninth Circuit in the Consolidated Appeals will be beneficial to judicial economy. This extension is the parties' second request related to the Complaint and will not affect any of the other dates set in this case.

This stipulated extension does not constitute a waiver of any claim, right, or defense.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that Defendants' responses to the Complaint will be due thirty (30) days after the date the Ninth Circuit in the Consolidated Appeals issues its mandate. A proposed order is attached to this stipulation.

Dated:  February 21, 2023

Respectfully Submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
EDWARD KIM
Supervising Deputy Attorneys General
KRISTIN A. LISKA

/s/ Christina Sein Goot
CHRISTINA SEIN GOOT
Deputy Attorneys General
*Attorneys for Defendants*

Dated:  February 21, 2023

Respectfully Submitted,

/s/ Richard Jaffe
(as authorized by email on February 21, 2023)
RICHARD JAFFE

ROBERT KENNEDY JR. (*Pro Hac Vice*)
Children's Health Defense
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

**CASE NAME:**       HOANG, ET AL. V. BONTA

**USDC CASE NO.**    2:22-CV-02147-WBS-AC

I hereby certify that on February 21, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1. SECOND STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 21, 2023, at Los Angeles, California.


         Naadirah Crawford                    *Naadirah Crawford*
            Declarant                              Signature

LA2022604122
65764059.docx