IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,**

        Plaintiffs,

  **v.**

**ROB BONTA, in his official capacity as Attorney General of California, and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**

        Defendants.

2:22-cv-02147-WBS-AC

**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1

Pursuant to the parties' stipulation, it is HEREBY ORDERED THAT:

Defendants' responses to the Complaint will be due thirty (30) days after the date the United States Court of Appeals for the Ninth Circuit in the consolidated appeals of *McDonald, et al. v. Lawson, et al.*, Appeal No. 22-56220, and *Couris, et al. v. Lawson, et al.*, Appeal No. 23-55069, issues its mandate.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  HONORABLE WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

**CASE NAME:**     **HOANG, ET AL. V. BONTA**

**USDC CASE NO.**     **2:22-CV-02147-WBS-AC**

I hereby certify that on February 21, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1. [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 21, 2023, at Los Angeles, California.

Naadirah Crawford
Declarant

*Naadirah Crawford*
Signature

LA2022604122
65764059.docx