IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT**, a not-for-profit organization, and **CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER**, a California Nonprofit Corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of California, and **ERIKA CALDERON**, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),<br><br>                    Defendants. | 2:22-cv-02147-WBS-AC<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1     Pursuant to the parties' stipulation, it is HEREBY ORDERED THAT:

3     Defendants' responses to the Complaint will be due thirty (30) days after the date the United States Court of Appeals for the Ninth Circuit in the consolidated appeals of *McDonald, et al. v. Lawson, et al.*, Appeal No. 22-56220, and *Couris, et al. v. Lawson, et al.*, Appeal No. 23-55069, issues its mandate.

**IT IS SO ORDERED.**

Dated:  February 22, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE