1 | RICHARD JAFFE, ESQ.
State Bar No. 289362
2 | 428 J Street, 4th Floor
3 | Sacramento, California 95814
Tel: 916-492-6038
4 | Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com
5 |
6 | ROBERT F. KENNEDY JR., ESQ.
(Admitted *pro hac vice*)
7 | Children's Health Defense
752 Franklin Ave., Suite 511
8 | Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
9 | Attorneys for Plaintiffs

10 | ROB BONTA
Attorney General of California
11 | ANYA M. BINSACCA, State Bar No. 189613
EDWARD KIM, State Bar No. 195729
12 | Supervising Deputy Attorneys General
CHRISTINA SEIN GOOT, State Bar No. 229094
13 | KRISTIN A. LISKA, State Bar No. 315994
14 | Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
15 |  San Francisco, CA  94102-7004
    Telephone:  (415) 510-3916
16 | Fax:  (415) 703-5480
    E-mail:  Kristin.Liska@doj.ca.gov
17 |            Christina.Goot@doj.ca.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation<br><br>              Plaintiffs,<br><br>              v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC")<br><br>              Defendants. | **Case No: 2:22-cv-02147-WBS-AC**<br><br>**JOINT STATUS REPORT**<br><br>Action Commenced: December 1, 2022 |

1  JOINT STATUS REPORT

Pursuant to the Court's Order dated December 8, 2022, and Local Rule 240, the parties submit this joint status report:

The salient procedural points in this case are as follows:

1. By order of this Court dated January 25, 2023, a preliminary injunction was issued barring enforcement of Business and Professional Code Section 2270 against the individual Plaintiff and members of the organizational Plaintiffs, together with the five individually named Plaintiffs in the related case *Hoeg et al. v. Newsom, et al.,* 2:22-cv-1980.

2. The decision by Judge Fred W. Slaughter denying similar relief in *McDonald et al. v. Lawson et. al.,* is currently on appeal. Appeal No. 22-56220 (consolidated with *Couris et al v. Lawson et. al.* Appeal No. 23-55069)

3. At defense counsel's request, Plaintiffs agreed to extend the Defendants' time to answer or move against the complaint until after the Ninth Circuit renders its decision in the McDonald appeal per the so ordered stipulation in this case, (Dkt.  Entry. 34).

4. Both this and the *Hoeg* case are set for a status conference on April 10, 2023 at 1:30 PM

5. There are no additional parties that need or be joined or additional claims that Plaintiffs intend to assert.

6. Discovery has not yet commenced.

7. This is a facial challenge to Business and Professional Code Section 2270 on First and Fifth/Fourteenth Amendment grounds.  It is possible that one or both claims can be completely adjudicated based on a stipulated record or judicial notice and limited declarations.  Therefore, Plaintiffs propose that the case be allowed to proceed to

2 JOINT STATUS REPORT

summary judgment, motions to be filed by May 1, 2023.

8. Defendants agree that this case does not likely require discovery to resolve the underlying statute's constitutionality. Since the determination of the Ninth Circuit in the *Couris* and *McDonald* cases challenging the same statute on the same grounds will have significant impact on litigation strategies and the outcome of this case, Defendants' position is that this Court should wait until the pending Ninth Circuit cases are resolved and Defendants have responded to the complaint for any further proceedings in this matter. Because Plaintiffs have obtained a preliminary injunction, they will suffer no harm in waiting for the Ninth Circuit's resolution before further proceedings.

9. That is the issue to be decided by the Court at the status conference in this case and likely in the *Hoeg* related case (based on the February 14, 2023 initial joint status report filed in that case (Dkt. Entry 37).

10. As the Plaintiff organizations are non-profit entities, there is no potential financial interest or other potential conflicts with the Court.

//
//
//
//
//
//
//
//

Dated: March 21, 2023

        Respectfully submitted,

*/s/ Richard Jaffe*

_____
RICHARD JAFFE, ESQ.
SBN 289362
428 J Street, 4th floor
Sacramento, California, 95814
Telephone: 916-492-6038
Facsimile: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
(Admitted Pro Hac Vice)
Children's Health Defense
752 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
Telephone: (202) 854-1310
Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
EDWARD KIM, State Bar No. 195729
Supervising Deputy Attorneys General
CHRISTINA SEIN GOOT, State Bar No. 229094
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorneys General

By   s/Kristin Liska
_____
   Kristin Liska

455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3916
Fax:  (415) 703-5480
E-mail:  Kristin.Liska@doj.ca.gov
         Christina.Goot@doj.ca.gov

Attorneys for Defendants