1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10
                              ----oo0oo----
11

12   TRACY HØEG, M.D., Ph.D.; RAM          No. 2:22-cv-01980 WBS AC
     DURISETI, M.D., Ph.D.; AARON
13   KHERIATY, M.D.; PETE
     MAZOLEWSKI, M.D.; and AZADEH               ORDER
14   KHATIBI, M.D., M.S., M.P.H.,

15            Plaintiffs,

16        v.

17   GAVIN NEWSOM, Governor of the
     State of California, in his
18   official capacity; KRISTINA
     LAWSON, President of the
19   Medical Board of California, in
     her official capacity; RANDY
20   HAWKINS, M.D., Vice President
     of the Medical Board of
21   California, in his official
     capacity; LAURIE ROSE LUBIANO,
22   Secretary of the Medical Board
     of California, in her official
23   capacity; MICHELLE ANNE BHOLAT,
     M.D., M.P.H., DAVID E. RYU,
24   RYAN BROOKS, JAMES M. HEALZER,
     M.D., ASIF MAHMOOD, M.D.,
25   NICOLE A. JEONG, RICHARD E.
     THORP, M.D., VELING TSAI, M.D.,
26   and ESERICK WATKINS, members of
     the Medical Board of
27   California, in their official
     capacities; and ROB BONTA,
28   Attorney General of California,

                              1

1    in his official capacity;

2              Defendants.

3

4    LETRINH HOANG, D.O.; PHYSICIANS       No. 2:22-cv-02147 WBS AC
     FOR INFORMED CONSENT, a not-for
5    profit organization; and
     CHILDREN'S HEALTH DEFENSE,
6    CALIFORNIA CHAPTER, a
     California Nonprofit
7    Corporation;

8              Plaintiffs,

9        v.

10   ROB BONTA, in his official
     capacity as Attorney General of
11   California; and ERIKA CALDERON,
     in her official capacity as
12   Executive Officer of the
     Osteopathic Medical Board of
13   California;

14             Defendants.

15

16                        ----oo0oo----

17          On the court's own motion, a hearing addressing whether

18   these related actions are moot following the California

19   Legislature's repeal of Business & Professions Code § 2270 is

20   hereby SET for December 18, 2023, at 1:30 p.m. in Courtroom 5.

21          The parties in Høeg shall file separate briefs

22   addressing the mootness question on or before November 27, 2023.

23          The Hoang plaintiffs' motion for leave to amend the

24   complaint and to modify the scheduling order (Hoang Docket No.

25   39), currently set for November 13, 2023, is hereby RESET to

26   December 18, 2023, also at 1:30 p.m. in Courtroom 5.  The Hoang

27   parties are not required to submit any additional briefing in

28   advance of the December 18, 2023 hearing, as they have already

                                  2

1    addressed the mootness issue in their briefs on the pending

2    motion.

3            IT IS SO ORDERED.

4    Dated:   November 1, 2023

     WILLIAM B. SHUBB
5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28