UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRACY HØEG, M.D., Ph.D.; RAM DURISETI, M.D., Ph.D.; AARON KHERIATY, M.D.; PETE MAZOLEWSKI, M.D.; and AZADEH KHATIBI, M.D., M.S., M.P.H., <br><br>    Plaintiffs, <br><br>    v. <br><br>GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, | No. 2:22-cv-01980 WBS AC <br><br> ORDER |

1

| | | |
|---|---|---|
| in his official capacity;<br><br>            Defendants. | | |
| LETRINH HOANG, D.O.; PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization; and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation;<br><br>            Plaintiffs,<br><br>     v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California;<br><br>            Defendants. | No. 2:22-cv-02147 WBS AC | |

----oo0oo----

After reviewing the joint status reports filed by the parties in response to the court's order dated December 21, 2023, the court modifies the motion briefing schedule as follows.

Defendants' motions to dismiss shall be filed on or before **January 29, 2024.** The motions shall be noticed for hearing on **April 1, 2024 at 1:30 p.m.** Plaintiffs' oppositions shall be filed on or before **February 29, 2024.** Defendants' replies shall be filed on or before **March 15, 2024.**

The court will not consider any motions for summary judgment prior to disposing of defendants' motions to dismiss. Should the motions to dismiss be denied, within fourteen days of the court's order denying the motions, the parties shall submit a

2

joint status report concerning a briefing schedule for summary judgment motions.

The hearing on the Høeg plaintiffs' motion for summary judgment (case 2:22-cv-01980 WBS AC) set for January 8, 2024 is hereby VACATED.

IT IS SO ORDERED.

Dated: January 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3