RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
(Admitted *pro hac vice*)
48 Dewitt Mills. Rd.
Hurley, NY 12433
Tel: 845-481-2622

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC")<br><br>Defendants. | **Case No: 2:22-cv-02147-WBS-AC**<br><br>**ORDER**<br><br>Action Commenced: December 1, 2022 |

Pursuant to the stipulation submitted by the parties, it is hereby ORDERED that:

    1. Plaintiffs' motion for attorney's fees (if any), will be filed within 60 days of the Supreme Court's decision in *Lackey v. Stinnie*, No. 23-621.

ORDER

2. Defendants' opposition (if any) will be filed within 30 days of Plaintiffs' motion.

3. Any reply brief supporting the motion shall be due 15 days after submission of Defendants' brief.

Dated: April 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER